■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WENDY W. WILKINS, Appellant. [896 NYS2d 276]—Appeal from a judgment of the Monroe County Court (Richard A. Keenan, J.), rendered February 8, 2007. The judgment convicted defendant, upon her plea of guilty, of rape in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.